UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  EDCV 18-1979-DSF (KS)                                    Date: November 8, 2018

Title  *James Presley v. Social Security Administration*

Present: The Honorable:  Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On September 17, 2018, Defendant removed the above-entitled action from Riverside County Superior Court to the Central District on the grounds that, *inter alia*, Plaintiff, a California resident proceeding *pro per*, appears to disagree with a determination by the Social Security Administration regarding disability benefits.  (Dkt. No. 1.)  On September 19, 2018, the Court issued its Case Management Order.  (Dkt. No. 5.)  On September 21, 2018, Defendant filed a Motion to Dismiss (the "Motion") the action for lack of jurisdiction.  On September 25, 2018, the Court ordered Plaintiff to file an Opposition to the Motion no later than October 16, 2018.  (Dkt. No. 9.)

More than three weeks have now passed since the date on which Plaintiff's opposition was due (October 16, 2018), and Plaintiff has not filed a response to the Motion to Dismiss.  Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting [ ] of the motion."  Further, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Thus, the Court could properly recommend dismissal of the action for Plaintiff's failure to oppose the Motion To Dismiss and to timely comply with the Court's orders.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before November 22, 2018** why the action should not be dismissed under Local Rule 7-12 and Rule 41(b) of the Federal Rules of Civil Procedure.  Plaintiff's response to this OSC must include either:  (1) a complete and detailed opposition (in a manner fully complying with the Local Rules) to the Motion to Dismiss; or (2) a request for an extension to file the Opposition

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 18-1979-DSF (KS)                                    Date: November 8, 2018

Title   *James Presley v. Social Security Administration*

accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Plaintiff's failure to timely respond to the Motion to Dismiss.

<u>Alternatively</u>, Plaintiff may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiff is cautioned that his failure to timely comply with this order will lead to a recommendation of dismissal based on Local Rule 7-12 and Rule 41 of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

:

**Initials of Preparer**   gr