# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PRESLEY, | ) NO. EDCV 18-1979-DSF (KS) |
|     Plaintiff, | ) |
| v. | ) JUDGMENT |
| SOCIAL SECURITY ADMINISTRATION, | ) |
|     Defendant. | ) |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

Date: December 11, 2018

_____
Dale S. Fischer
United States District Judge